BERNARD ZISMAN, Respondent-Appellant, v. LEASING CONSULTANTS INCORPORATED et al., Appellants-Respondents.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

In the Matter of SALLY MONTANO, Respondent, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents, and FRANKLIN H. ORNSTEIN, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.